B10-09887

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | CASE NO. 10-42287 |
| Joseph J Mocella<br>Kimberly A Mocella | CHAPTER 13 |
| | JUDGE KAY WOODS |
| Debtors | |

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**

Please take notice that Nationstar Mortgage, LLC, hereby withdraws its Motion for Relief From Stay filed on November 1, 2010, document no. 29.

Respectfully submitted,

The Law Offices of John D. Clunk Co., LPA

**/s/ Scott P. Ciupak**
Scott P. Ciupak (#0076117) ext. 2237
4500 Courthouse Blvd., Ste 400
Stow, OH 44224
(330) 436-0300 / Fax (330) 436-0301
bknotice@johndclunk.com

## CERTIFICATE OF REGULAR SERVICE

A copy of the foregoing Withdrawal was served by regular U.S. Mail as permitted by the rules, this 15th day of December, 2010, upon the following parties at the addresses stated below:

Joseph J Mocella
Kimberly A. Mocella
415 Kenmore Ave SE
Warren, OH 44483

Beneficial
PO Box 5233
Carol Stream, IL 60197-5233

Trumbull County Treasurer
County Administration Building, 2nd Floor
160 High Street, NW
Warren, OH 44481

/S/ Scott P. Ciupak
Attorney for Movant

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that the foregoing Withdrawal was electronically transmitted on or about this 15th day of December, 2010, via the Court's CM/ECF system to the following parties who are listed on the Court's Electronic Mail Notice List:

Ralph A. Zuzolo
700 Youngstown-Warren Rd.
Niles, OH 44446

Michael A. Gallo
20 Federal Plaza W., # 602
Youngstown, OH 44503

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

/S/ Scott P. Ciupak
Attorney for Movant